FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2023

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN C.,[1] | No.    1:23-cv-03119-EFS |
| Plaintiff, | |
| v. | **ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

On October 17, 2023, the parties filed a Stipulated Motion for Remand. The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1.    The parties' Stipulated Motion to Remand, **ECF No. 8**, is **GRANTED.**

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

2.      This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand::

- the Appeals Council is to instruct the ALJ to assign the matter to a different ALJ who will re-evaluate the medical opinion evidence and the explain the weight given each.

- As appropriate, the ALJ may request the treating and nontreating sources provide additional evidence and/or further clarification of the opinions and medical source statements about what Plaintiff can still do despite the impairments (20 CFR §§ 404.1520b and 416.920b).

- The ALJ shall further evaluate Plaintiff's alleged symptoms and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms (20 CFR §§ 404.1529 and 416.929).

- The ALJ shall offer Plaintiff the opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

///
//
/
/

ORDER - 2

3.    The Clerk's Office shall enter **JUDGMENT** in favor of Plaintiff and

**CLOSE** the case.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order

and provide copies to all counsel.

**DATED** this 17th  day of October 2023.

_Edward F. Shea_

EDWARD F. SHEA
Senior United States District Judge

ORDER - 3